**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
**DIRECTV, INC.,**

        **Plaintiff,**

 - against -

**GLENROY WALCOTT,**

        **Defendant.**
-------------------------------------------------------x

**ORDER**

**04 CV 0324 (NG) (SMG)**

**GERSHON, United States District Judge:**

     No objections have been filed to the January 11, 2006 Report and Recommendation of Magistrate Judge Steven M. Gold. The Court adopts the Report and Recommendation in its entirety. The Clerk of Court is directed to enter default judgment against defendant Glenroy Walcott in the amount of $60,647, comprised of $60,000 in statutory damages and $647 in attorney's fees.

                                    **SO ORDERED.**

                                      _____/s/_____

                                      **NINA GERSHON**
                                      **United States District Judge**

Dated:       February 17, 2006
                Brooklyn, New York